# UNITED STATES DISTRICT COURT

District of     Nevada

KEVIN LUCEY,

V.

NEVADA SYSTEM OF HIGHER EDUCATION, A
Political Subdivision of the State of Nevada; et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-00658 RLH-RJJ

TO: (Name and address of Defendant)

PHILLIP BURNS, individually and as Senior Student Conduct Officer of
the UNIVERSITY OF NEVADA, LAS VEGAS, c/o GENERAL COUNSEL
for the University of Nevada, Las Vegas, located at 4505 S. MARYLAND
PARKWAY, 320 Flora Dugan Humanities Building, Las Vegas NV 89154.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason J. Bach, Esq. & Jennifer E. Sims, Esq.
THE BACH LAW FIRM, LLC.
2620 Regatta Dr., Ste. 102
Las Vegas, NV 89128

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LANCE S. WILSON                                       May 24, 2007
CLERK                                                  DATE

*Lance S. Wilson*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                 *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action