JASON J. BACH, ESQ.
Nevada Bar No.: 7984
THE BACH LAW FIRM, LLC
2620 Regatta Dr., Ste. 102
Las Vegas, NV 89128
Tel: (702) 925-8787
Fax: (702) 925-8788
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KEVIN LUCEY, | CASE NO.:2:07-cv-00658-RLH-RJJ |
| Plaintiff, | |
| v. | **NOTICE OF FIRM ADDRESS CHANGE** |
| NEVADA SYSTEM OF HIGHER EDUCATION, a Political Subdivision of the State of Nevada; UNIVERSITY OF NEVADA, LAS VEGAS, a Political Subdivision of the State of Nevada; REBECCA MILLS, individually and as Vice President for Student Life of the University of Nevada, Las Vegas; RICHARD CLARK, individually and as Director of Student Conduct and Residential Life of the University of Nevada, Las Vegas; PHILLIP BURNS, individually and as Senior Student Conduct Officer of the University of Nevada, Las Vegas; DOES I-XX, inclusive, | |
| Defendants. | |

### NOTICE OF FIRM ADDRESS CHANGE

PLEASE TAKE NOTICE that effective June 30, 2008 The Bach Law Firm, LLC's new

///

///

///

///

///

///

address is 6053 South Fort Apache Road, Suite 130, Las Vegas, NV 89148. The Firm's phone number and facsimile number remain the same.

THE BACH LAW FIRM, LLC

JASON J. BACH, ESQ.
2620 Regatta Dr., Ste. 102
Las Vegas, NV 89128
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I certify that I am an employee of The Bach Law Firm, LLC and that the following document, **NOTICE OF FIRM ADDRESS CHANGE**, was served via electronic service on this date, June 25th, 2008 on the following parties:

SUSAN M. CARRASCO, ESQ.
Nevada Bar No. 008396
University of Nevada, Las Vegas
4505 Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Attorney for Defendants

/S/ Adam Crawford
Adam Crawford
An Employee of The Bach Law Firm