JASON J. BACH, ESQ.
Nevada Bar No.: 7984
THE BACH LAW FIRM, LLC
2620 Regatta Dr., Ste. 102
Las Vegas, NV 89128
Tel: (702) 925-8787
Fax: (702) 925-8788
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * * * *

| | |
|---|---|
| KEVIN LUCEY, | CASE NO.:2:07-cv-00658-RLH-RJJ |
| Plaintiff, | |
| v. | |
| NEVADA SYSTEM OF HIGHER EDUCATION, a Political Subdivision of the State of Nevada; UNIVERSITY OF NEVADA, LAS VEGAS, a Political Subdivision of the State of Nevada; REBECCA MILLS, individually and as Vice President for Student Life of the University of Nevada, Las Vegas; RICHARD CLARK, individually and as Director of Student Conduct and Residential Life of the University of Nevada, Las Vegas; PHILLIP BURNS, individually and as Senior Student Conduct Officer of the University of Nevada, Las Vegas; DOES I-XX, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND DEADLINES FOR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
**(FIRST REQUEST)**

COME NOW, the Plaintiff, KEVIN LUCEY, by and through his attorney of record, JASON J. BACH, ESQ. of THE BACH LAW FIRM, LLC hereby submit this Stipulation and Order thereto.

It is hereby stipulated by the parties, by and through their undersigned counsel of record, that Plaintiffs be granted an extension up to and including January 6, 2009 to file their Response to Defendants' Motion to Dismiss

1  It is hereby further stipulated by the parties, by and through their undersigned counsel of
2  record, that Defendants be granted an extension up to and including January 20, 2009 to file their
3  Reply to Plaintiffs' Response to Defendants' Motion to Dismiss.

4  This is Plaintiffs' first request for extension to file their Response to Defendants' Motion to
5  Dismiss

6  Dated this 15th day of December, 2008.

**THE BACH LAW FIRM, LLC**

By: /S/ *Jason J. Bach*
JASON J. BACH, ESQ.
Nevada Bar No. 7984
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Attorney for Plaintiff

**OFFICE OF GENERAL COUNSEL,**
**UNIVERSITY OF LAS VEGAS, NEVADA**

By: /S/ *Susan M. Carrasco*
SUSAN M. CARRASCO, ESQ.
Nevada Bar No. 008396
University of Nevada, Las Vegas
4505 Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Attorney for Defendants

**ORDER**

***IT IS SO ORDERED.***

DATED THIS _____ day of _____, 2008.

_____
U.S. DISTRICT COURT JUDGE
U.S. MAGISTRATE JUDGE

It is hereby further stipulated by the parties, by and through their undersigned counsel of record, that Defendants be granted an extension up to and including January 20, 2009 to file their Reply to Plaintiffs' Response to Defendants' Motion to Dismiss.

This is Plaintiffs' first request for extension to file their Response to Defendants' Motion to Dismiss

Dated this 15th day of December, 2008.

**THE BACH LAW FIRM, LLC**

By_____
JASON J. BACH, ESQ.
Nevada Bar No. 7984
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Attorney for Plaintiff


**OFFICE OF GENERAL COUNSEL,
UNIVERSITY OF LAS VEGAS, NEVADA**

By _Susan M Carrasco_
SUSAN M. CARRASCO, ESQ.
Nevada Bar No. 008396
University of Nevada, Las Vegas
4505 Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Attorney for Defendants

**ORDER**

***IT IS SO ORDERED.***

DATED THIS 18th day of December, 2008.

_____
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I certify that I am an employee of The Bach Law Firm, LLC and that the following document, **STIPULATION AND ORDER TO EXTEND DEADLINES FOR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)**, was served via electronic service on this date, December 17th, 2008 on the following parties:

SUSAN M. CARRASCO, ESQ.
Nevada Bar No. 008396
University of Nevada, Las Vegas
4505 Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Attorney for Defendants

/S/ Adam Crawford
Adam Crawford
An Employee of The Bach Law Firm