1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

# DISTRICT OF NEVADA

7

* * *

8  KEVIN LUCEY,                          )
                                        )
9               Plaintiff(s),           )       Case No. 2:07-cv-0658-RLH-RJJ
                                        )
10      vs.                             )       **JUDGMENT**
                                        )
11  THE STATE OF NEVADA, ex rel.        )
    BOARD OF REGENTS OF THE             )
12  SYSTEM OF HIGHER EDUCATION,         )
    *et al.*,                           )
13                                      )
                Defendant(s).           )
14  _____    )

15          This Court's orders and judgments having been affirmed by the Ninth Circuit Court

16  of Appeals, the mandate for which has been spread on the record, and there having been a Bill of

17  Costs approved and taxed against the Plaintiff in the amount of $195.60,

18          IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is

19  hereby entered against Plaintiff, Kevin Lucey, and in favor Defendants in the amount of $195.60.

20          Dated: September 2, 2010.

21
22
                                                _____
23                                              Roger L. Hunt
                                                Chief United States District Judge
24
25
26